IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDUARDO BALLES**                                                         **PLAINTIFF**

v.                                                       Civil No.: 1:14cv72 -HSO-RHW

**ROYAL HOSPITALITY SERVICES, LLC**                        **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE